OCEANS HEALTHCARE, LLC, Oceans Behavioral Hospital of Greater New Orleans, Greenbrier Hospital, LLC, Sahara Health Systems, LLC d/b/a Westend Hospital, Seaside Behavioral Center, LLC, and Beacon Behavioral Health, Inc. v. COMPREHENSIVE BEHAVIORAL CARE, INC., Peoples Health, Inc., Peoples Health Network
Not considered; not timely filed. See State v. Crandell, 05-1060 (La. 3/10/06), 924 So.2d 122 ; Morris v. Stueben, 01-0137 (La. 3/16/01), 781 So. 2d 1220.